## 10981.   TENENBAUM *v.* KNIGHT.

PER CURIAM.  "Under the provisions of the act approved August 17, 1915 (Acts 1915, p. 117), entitled ' An act to amend an act establishing the city court of Reidsville,' relative to the selection of jurors, the number of jurors, etc., the city court of ·Reidsville is not a court from which a writ of error will lie directly to the Supreme Court or to the Court of Appeals. *Ash* v. *People's Bank of Oliver,* 149 *Ga.* 713 (101 S. E. 912)." *Kennedy* v. *Kicklighter,* 150 *Ga.* 276 (103 S. E. 153). Consequently the writ of error in this case must be

  *Dismissed.   Broyles, C. J., and Bloodworth and Luke, JJ., concur.*
                DECIDED JUNE 15, 1920.

Action on contract; from city court of Reidsville — Judge Cowart.  September 1, 1919.

*E. C. Elmore,* for plaintiff in error.    *J. T. Grice,* contra.